RECEIVED

DEC - 1 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **FREDERIQUE HEBERT, ET AL.** | **\*CIVIL NO. 6:15-2566** |
| **VERSUS** | **\*JUDGE DOHERTY** |
| **BAKER HUGHES, INC., ET AL.** | **\*MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Therefore, having determined that this action presents a bona fide dispute over FLSA provisions, that the Settlement is fair, adequate, reasonable and in the best interests of the parties, and that the attorney's fees and expenses sought by plaintiffs' counsel are reasonable, fair and adequate;

**IT IS ORDERED** that the **Settlement** is **Approved.** Accordingly, the Court **grants** the Joint Motion for Approval of the Settlement on the terms and conditions set forth in the proposed settlement agreement detailed in the Motion and Memorandum in Support of same.

**IT IS FURTHER RECOMMENDED** that this collective action be dismissed

with prejudice.

        Signed this __*1st*__ day of __*December*__ , 2016, in chambers at

Lafayette, Louisiana.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE